USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/2/22_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RICARDO VELASQUEZ,**<br><br>                                       **Plaintiff,**<br><br>-against-<br><br>**RAINS USA INC. and LIPMAN-WULF, LLC,**<br><br>                                       **Defendant.** | **21-cv-3789 (ALC)**<br><br>**ORDER OF DISCONTINUANCE**<br><br><br>**MEMO ENDORSED** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    February 2, 2022
              New York, New York

*/s/ Andrew L. Carter, Jr.*

                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**